NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ASUSTEK COMPUTER INC., ASUS COMPUTER INTERNATIONAL, INC., BFG TECHNOLOGIES, INC., BIOSTAR MICROTECH (U.S.A.) CORP., BIOSTAR MICROTECH INTERNATIONAL CORP., DIABLOTEK INC., EVGA CORP., G.B.T. INC., GIGA-BYTE TECHNOLOGY CO., LTD., HEWLETT-PACKARD COMPANY, MSI COMPUTER CORP., MICRO-STAR INTERNATIONAL COMPANY, LTD., GRACOM TECHNOLOGIES LLC (FORMERLY KNOWN AS PALIT MULTIMEDIA INC.), PALIT MICROSYSTEMS LTD., PINE TECHNOLOGY (MACAO COMMERCIAL OFFSHORE) LTD., AND SPARKLE COMPUTER COMPANY, LTD.,**
*Appellants,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

AND

**RAMBUS, INC.,**
*Intervenor,*

AND

**NVIDIA CORPORATION,**
*Intervenor.*

---

2010-1556

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

**NVIDIA CORPORATION,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**AND**

**RAMBUS, INC.,**
*Intervenor.*

---

2010-1557

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

**RAMBUS INC.,**
*Appellant,*

v.

**INTERNATIONAL TRADE COMMISSION,**
*Appellee,*

**AND**

**NVIDIA CORPORATION,**
*Intervenor.*

---

2010-1483

---

On appeal from the United States International Trade Commission in Investigation No. 337-TA-661.

---

## ON MOTION

---

## ORDER

Rambus Inc. moves without opposition to treat appeal nos. 2010-1556, -1557 as consolidated appeals for purposes of briefing, and moves to treat those cases as companion cases with 2010-1483 for purposes of oral argument. The International Trade Commission moves for an extension of time, until March 28, 2011, to file its consolidated response brief in 2010-1556, -1557 and its response brief in 2010-1483. The appellants in 2010-1556, -1557 move to suspend the time to file a corrected brief and to accept the previously submitted brief.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motions are granted. Consolidated briefs shall be filed for 2010-1556, -1557. That case will be argued consecutively with 2010-1483 before the same merits panel.

(2) The brief filed by the appellants in 2010-1556,

-1557 is accepted for filing.

(3) The ITC's brief in 2010-1556, -1557 is due March 28, 2011. Rambus's consolidated brief in 2010-1556,

-1557 is also due March 28, 2011. The ITC's brief in 2010-1483 is due March 28, 2011. The Intervenor's brief in 2010-1483 is also due March 28, 2011.

FOR THE COURT

JAN 13 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Paul M. Bartkowski, Esq.
I. Neel Chatterjee, Esq.
J. Michael Jakes, Esq.
Ruffin B. Cordell, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 13 2011

JAN HORBALY
CLERK